| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NEVAS, ALAN H | U.S. DISTRICT COURT, CONN. | 05/31/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (SENIOR) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. COURTHOUSE <br> 915 LAFAYETTE BOULEVARD <br> BRIDGEPORT, CT 06604 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PAST PRESIDENT | FEDERAL JUDGES ASSOCIATION |
| 2. | SECRETARY | JEWISH HOME FOR THE ELDERLY |
| 3. | MEMBER OF THE BOARD - HOMEOWNERS ASSOC. | ▋▋▋▋▋▋▋ |
| 4. | | |
| 5. | | |

RECEIVED 2007 JUN 12 A 9: 32 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. FEDERAL JUDGES ASSOCIATION | TRAVEL & FOOD REIMBURSEMENT FOR ANNUAL BOARD MEETING. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CORNERSTONE BANK COMMON STOCK | A | Dividend | | | SELL | 1/09 | J | D | |
| 2. VORNADO REALTY COMMON STOCK | D | Rent | L | W | | | | | |
| 3. ▮▮▮▮▮ LP | C | Rent | J | W | | | | | |
| 4. SPRINGDALE CENTER ASSOC. LP | C | Rent | J | W | | | | | |
| 5. MATCHCAP-HARBOR VILLAGE, LLC | A | Int./Div. | K | W | | | | | |
| 6. MATCHCAP-SEARS FARM, LLC | A | Int./Div. | K | W | | | | | |
| 7. MATCHCAP-SEARS FARM, LLC | A | Int./Div. | K | W | | | | | |
| 8. SIMS MACKENZIE I, LLC | B | Int./Div. | K | W | BUY | 7/07 | K | | |
| 9. SIMS FOX HILL, LLC | A | Int./Div. | K | W | BUY | 3/29 | K | | |
| 10. FAIRFIELD COUNTY BANK | A | Interest | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. SCM FDG LLC SER 2003 HERON HOUSE E. PJ CORP. BOND | B | Interest | K | T | | | | | |
| 13. STAR INTL ACADEMY MICH CTFS MUNI BOND | B | Interest | K | T | | | | | |
| 14. MONROE CNTY DEV AGY CIVIC MUNI BOND | B | Interest | K | T | | | | | |
| 15. PHILADELPHIA PA AUTH FOR INDL DEV. MUNI BOND | B | Interest | | | SELL | 4/03 | K | A | |
| 16. SIMS FREEDOM BAY LLC TAXABLE BOND | B | Interest | J | T | | | | | |
| 17. SIMS BENCHMARK I LLC TAXABLE | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BOND | | | | | | | | | |
| 18. SIMS BENCHMARK II SER 2005 TAXABLE BOND | B | Interest | J | T | | | | | |
| 19. SIMS EVERGREEN REV TAXABLE BOND | B | Interest | K | T | BUY | 3/14 | K | | |
| 20. ALLIANCE/FEDERATED CAPITAL RESERVES MM | A | Interest | J | T | | | | | part of brokerage acct. - |
| 21. | | | | | | | | | |
| 22. IRA # 1 | C | Dividend | N | T | | | | | |
| 23. | C | Interest | | | | | | | |
| 24. | B | Distribution | | | | | | | |
| 25. - KOREA FUND INC. | | | | | PARTIAL SALE | 7/19 | J | B | |
| 26. - NORTH-FORK BANCORP. COMMON STOCK | | | | | SELL | 1/04 | J | A | |
| 27. - PROGRESSIVE CORP OHIO COMMON STOCK | | | | | SELL | 8/15 | J | B | |
| 28. - STUDENT LOAN CORP COMMON STOCK | | | | | SELL | 3/01 | K | D | |
| 29. - CAPITAL INCOME BUILDER FUND CL C | | | | | BUY | 3/02 | J | | ADDITIONAL SHARES PURCH. |
| 30. | | | | | BUY | 7/19 | J | | ADDITIONAL SHARES PURCH. |
| 31. | | | | | BUY | 8/15 | J | | ADDITIONAL SHARES PURCH. |
| 32. - CAPITAL WORLD GROWTH & INCOME FUND CL C | | | | | BUY | 3/02 | J | | ADDITIONAL SHARES PURCH. |
| 33. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. - FEDERATED MARKET OPPORTUNITY FUND CL C | | | | | BUY | 3/02 | J | | ADDITIONAL SHARES PURCH. |
| 35. - LOOMIS SAYLES STRATEGIC INCOME FUND CL C | | | | | BUY | 3/02 | J | | ADDITIONAL SHARES PURCH. |
| 36. - TEMPLETON GLOBAL BOND FUND CL C | | | | | BUY | 1/04 | J | | ADDITIONAL SHARES PURCH. |
| 37. | | | | | BUY | 3/02 | J | | ADDITIONAL SHARES PURCH. |
| 38. - VAN ECK FDS GLOBAL HARD ASSETS FUND CL C | | | | | PARTIAL SALE | 9/28 | J | B | |
| 39. | | | | | BUY | 3/02 | J | | ADDITIONAL SHARES PURCH. |
| 40. - HSBC FINANCE CORP. BOND | | | | | BUY | 3/02 | J | | |
| 41. - TREASURY BANK, NA CD | | | | | | | | | |
| 42. - VOLKSWAGEN BANK USA CD | | | | | | | | | |
| 43. - BMW BANK OF NA CD | | | | | | | | | |
| 44. - SAFRA NATIONAL BANK NY CD | | | | | | | | | |
| 45. - FIRSTBANK OF PUERTO RICO CD | | | | | | | | | |
| 46. - COLE TAYLOR BANK IL CD | | | | | | | | | |
| 47. - HUNTINGTON NATIONAL BANK OHIO CD | | | | | | | | | |
| 48. - BANK DEPOSIT PROGRAM CITIBANK NA | | | | | | | | | END IRA # 1 |
| 49. | | | | | | | | | |
| 50. IRA # 2 | B | Interest | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | B | Dividend | | | | | | | |
| 52. | B | Distribution | | | | | | | |
| 53. - CALAMOS GROWTH & INCOME FUND CLASS C | | | | | | | | | |
| 54. -CAPITAL INCOME BUILDER FUND CLASS C | | | | | | | | | |
| 55. - CAPITAL WORLD GROWTH & INCOME FUND CLASS C | | | | | | | | | |
| 56. - FEDERATED MARKET OPPORTUNITY FUND CL C | | | | | | | | | |
| 57. - LOOMIS SAYLES STRATEGIC INCOME FUND CLASS C | | | | | | | | | |
| 58. - TEMPLETON GLOBAL BOND FUND CLASS C | | | | | | | | | |
| 59. - VAN ECK FDS GLOBAL HARD ASSETS FUND CL C | | | | | | | | | |
| 60. - TREASURY BANK, NA CD | | | | | | | | | |
| 61. - BMW BANK OF NA CD | | | | | | | | | |
| 62. - FIRSTBANK OF PUERTO RICO CD | | | | | | | | | |
| 63. - COLE TAYLOR BANK IL CD | | | | | | | | | |
| 64. - HUNTINGTON NATL BANK OHIO CD | | | | | | | | | |
| 65. - CITIBANK NA BANK DEPOSIT PROGRAM | | | | | | | | | END IRA # 2 |
| 66. | | | | | | | | | |
| 67. STAR INTL ACADEMY MICH CTFS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| PARTN MUNI BOND | | | | | | | | | |
| 68. MONROE CNTY NY INDL DEV AGY CIVIC FAC MUNI BOND | A | Interest | J | T | | | | | |
| 69. PHILADELPHIA PA AUTH FOR INDL DEV SER B MUNI BOND | A | Interest | | | SELL | 4/03 | J | A | |
| 70. WEST TEXAS DETENTION FAC CORP MUNI BOND | A | Interest | J | T | PARTIAL SALE | 2/01 | J | A | |
| 71. ALLIANCE/FEDERATED CAP RES MM | A | Dividend | J | T | | | | | part of brokerage acct. |
| 72. | | | | | | | | | |
| 73. WOMEN IN SECURITIES | A | Dividend | | | SELL | 10/12 | J | A | SEE BELOW |
| 74. - PFIZER INC. COMMON STOCK | | | | | | | | | |
| 75. - BED BATH & BEYOND COMMON STOCK | | | | | SELL | 4/04 | J | A | |
| 76. -BERKSHIRE HATHAWAY CL B COMMON STOCK | | | | | | | | | |
| 77. - HOME DEPOT COMMON STOCK | | | | | WITHDRAWAL | 3/31 | J | | |
| 78. | | | | | SELL | 7/07 | J | A | |
| 79. - JOHNSON & JOHNSON COMMON STOCK | | | | | SELL | 4/04 | J | A | |
| 80. - ENERGY SECTOR SPDR COMMON STOCK ETF | | | | | WITHDRAWAL | 10/12 | J | | |
| 81. - ENERGY SECTOR SPDR COMMON STOCK ETF | | | | | | | | | |
| 82. - BERKSHIRE HATHAWAY CL B COMMON STOCK | | | | | | | | | |
| 83. - AVID TECHNOLOGY COMMON | | | | | SELL | 8/08 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| STOCK | | | | | | | | | |
| 84. - AVID TECHNOLOGY COMMON STOCK | | | | | | | | | |
| 85. - ANTEON INTL. COMMON STOCK | | | | | | | | | |
| 86. -AMGEN COMMON STOCK | | | | | | | | | |
| 87. - ISHARES EMERGING MARKETS ETF COMMON ST | | | | | | | | | |
| 88. - POWERSHARES GLOBAL WATER | | | | | BUY | 2/10 | J | | |
| 89. - CONSOLIDATED ENERGY COMMON STOCK | | | | | BUY | 2/10 | J | | & 2/13 |
| 90. - GOLD MINERS ETF | | | | | BUY | 8/08 | J | | |
| 91. - INFOSYS TECHNOLOGIES LTD COMMON STOCK | | | | | BUY | 8/08 | J | | |
| 92. - FAIRHOLME FUND | | | | | BUY | 9/06 | J | | |
| 93. | | | | | | | | | END -WOMEN IN SECURITIES |
| 94. | | | | | | | | | |
| 95. ALLIANZ NFJ DIVIDEND VALUE FUND CLASS C | A | Dividend | K | T | BUY | 12/15 | K | | |
| 96. ANADARKO PETROLEUM CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 97. BANKNORTH CAP TR II PREFERRED STOCK | B | Interest | K | T | | | | | |
| 98. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | K | T | PARTIAL SALE | 2/21 | K | D | |
| 99. BERKSHIRE HATHAWAY CL B | | None | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| COMMON STOCK | | | | | | | | | |
| 100. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | K | T | BUY | 11/10 | K | | |
| 101. BOSTON PROPERTIES INC. COMMON STOCK | A | Distribution | J | T | | | | | |
| 102. CAMECO CORP. COMMON STOCK | A | Dividend | | | BUY | 4/12 | K | | 4/13 & 6/12 |
| 103. | | | | | SELL | 11/10 | K | A | |
| 104. CAPITAL INCOME BUILDER FUND CLASS C | A | Dividend | K | T | BUY | 7/24 | K | | |
| 105. CHEVRON TEXACO CORP. COMMON STOCK | B | Dividend | L | T | | | | | |
| 106. CHEVRON TEXACO CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 107. CISCO SYSTEMS INC. COMMON STOCK | | None | | | SELL | 1/04 | J | C | |
| 108. COMMERCE BANCORP INC. NJ COMMON STOCK | A | Dividend | | | SELL | 1/04 | K | D | |
| 109. DIAMOND OFFSHORE COMMON STOCK | A | Dividend | K | T | | | | | |
| 110. DOMINION CNG CAP TR I 7.8% PREFERRED STOCK | A | Interest | J | T | | | | | |
| 111. EVERGREEN PRECIOUS METALS FUND CLASS C | B | Distribution | K | T | BUY | 7/24 | K | | |
| 112. EXPEDITORS INTL OF WASH INC. COMMON STOCK | A | Dividend | | | SELL | 7/24 | K | E | |
| 113. EXPEDITORS INTL OF WASH INC. COMMON STOCK | A | Dividend | | | SELL | 7/24 | K | E | |
| 114. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 115. FIRST ISRAEL FD INC. COMMON | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 116. GENERAL ELECTRIC COMMON STOCK | A | Dividend | | | SELL | 1/04 | J | A | |
| 117. HOME DEPOT COMMON STOCK | | None | | | SELL | 1/04 | K | D | |
| 118. HUDSON UNITED BANKCORP/TD BANKNORTH COMMON STOCK | B | Dividend | K | T | MERGER | | | | NOW LISTED AS TD BANKNORTH |
| 119. KEYCORP NEW COMMON STOCK | | None | | | SELL | 1/04 | K | B | |
| 120. LOOMIS SAYLES STRATEGIC INCOME FUND CL C | A | Dividend | K | T | | | | | |
| 121. LOOMIS SAYLES STRATEGIC INCOME FUND CL C | A | Dividend | J | T | PURCHASE | 1/04 | J | | |
| 122. LOOMIS SAYLES STRATEGIC INCOME FUND CL C | A | Dividend | K | T | PURCHASE | 7/24 | K | | |
| 123. LUCENT TECHNOLOGIES INC. COMMON STOCK | | None | | | SELL | 6/12 | J | B | |
| 124. MARATHON OIL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 125. NEW PLAN EXCEL REALTY TR INC. COMMON STOCK | A | Dividend | | | SELL | 6/12 | J | A | |
| 126. PEPSICO INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 127. PIMCO ALL ASSET FUND CL C MUTUAL FUND | A | Dividend | J | T | PARTIAL SALE | 12/15 | K | A | |
| 128. PIMCO COMMODITY REAL RET. STRAT. FUND CL C MUTUAL FUND | A | Dividend | | | SELL | 9/28 | K | A | |
| 129. PIMCO TOTAL RETURN FUND CLASS C | A | Dividend | K | T | BUY | 9/28 | K | | |
| 130. PROCTER & GAMBLE CO. COMMON STOCK | B | Dividend | L | T | | | | | |
| 131. PROGRESSIVE CORP OHIO COMMON | A | Dividend | | | SELL | 1/26 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 132. TAKE TWO INTERACTIVE COMMON STOCK | | None | | | SELL | 6/12 | J | A | |
| 133. THE STUDENT LOAN CORP COMMON STOCK | A | Dividend | | | SELL | 3/01 | K | D | |
| 134. TD BANKNORTH, INC. COMMON STOCK | A | Dividend | | | SELL | 1/4 | K | C | |
| 135. TORONTO DOMINION BANK ONT. COMMON STOCK | A | Dividend | | | SELL | 1/4 | K | D | |
| 136. WALGREEN CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 137. WEBSTER FINANCIAL CORP. COMMON STOCK | A | Dividend | | | SELL | 2/21 | K | D | & 4/12 |
| 138. TEMPLETON GLOBAL BOND FUND CLASS C | A | Dividend | K | T | | | | | |
| 139. TEMPLETON GLOBAL BOND FUND CLASS C | A | Dividend | K | T | BUY | 1/04 | K | | & 1/26 |
| 140. TEMPLETON GLOBAL BOND FUND CLASS C | A | Dividend | J | T | BUY | 6/12 | J | | |
| 141. REGIONAL SCH DIST NO 17 CONN G/O BOND | A | Interest | K | T | BUY | 1/05 | K | | |
| 142. CONN ST SPECIAL TAX OBLIG BOND | A | Interest | K | T | BUY | 3/09 | K | | |
| 143. CT STATE G/O SER B MUNI BOND | A | Interest | K | T | | | | | |
| 144. CT STATE G/O SER A DD 3/1/04 MUNI BOND | B | Interest | K | T | BUY | 1/05 | K | | |
| 145. COLCHESTER CT MUNI BOND | B | Interest | K | T | | | | | |
| 146. CONN ST G/O SER B DD 4/8/04 MUNI BOND | A | Interest | K | T | BUY | 1/18 | K | | |
| 147. CORNWALL CT G/O MUNI BOND | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 148. UNIVERSITY CONN RFDG - SER A MUNI BOND | B | Interest | K | T | BUY | 1/05 | K | | |
| 149. BANK DEPOSIT PROGRAM CITIBANK | A | Int./Div. | J | T | | | | | BROKERAGE MM |
| 150. | | | | | | | | | |
| 151. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | K | T | | | | | |
| 152. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | K | T | | | | | |
| 153. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | K | T | BUY | 7/21 | K | | ADDITIONAL SHARES PURCH. |
| 154. BERKSHIRE HATHAWAY CL B COMMON STOCK | | None | J | T | BUY | 11/10 | J | | ADDITIONAL SHARES PURCH. |
| 155. VERIZON 7.375 PFD CORP. BACKED TRUST CERT. | A | Interest | J | T | | | | | |
| 156. CAMECO CORP. COMMON STOCK | A | Dividend | | | BUY | 4/13 | J | | & 4/24 |
| 157. | | | | | SELL | 11/10 | J | A | |
| 158. DTE ENERGY TRUST I 7.8% PREFERRED STOCK | A | Interest | J | T | | | | | |
| 159. DOMINION CNG CAP TR PREFERRED STOCK | B | Interest | J | T | | | | | |
| 160. EXPEDITORS INTL. OF WASH. INC. COMMON STOCK | A | Dividend | | | SELL | 7/21 | K | D | |
| 161. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 162. EXXON MOBIL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 163. GENERAL ELECTRIC CO. COMMON STOCK | A | Dividend | J | T | BUY | 9/14 | J | | |
| 164. HDFC BANK LTD ADR COMMON | | None | J | T | BUY | 12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 165. HEALTHCARE REALTY TR INC. COMMON STOCK | B | Dividend | K | T | | | | | |
| 166. LUCENT TECH INC. COMMON STOCK | | None | | | SELL | 9/14 | J | A | |
| 167. NTN COMMUNICATIONS INC. COMMON STOCK | | None | | | SELL | 1/04 | J | A | |
| 168. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 169. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 170. PROCTER & GAMBLE CO. COMMON STOCK | A | Dividend | K | T | | | | | |
| 171. SIMON PROPERTY GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 172. SIMON PROPERTY 6.0% PREFERRED STOCK | A | Interest | J | T | | | | | |
| 173. SELECT SECTOR SPDR ENERGY ETF | | | | | BUY | | J | | BOUGHT 5/4/05 - LEFT OFF |
| 174. | | | | | SELL | 10/13 | J | A | OF 2005 REPORT |
| 175. STRYKER CORP. COMMON STOCK | A | Dividend | | | SELL | 1/04 | J | A | |
| 176. THE STUDENT LOAN CORP. COMMON STOCK | A | Dividend | | | SELL | 3/01 | K | D | |
| 177. TD BANKNORTH INC. COMMON STOCK | | None | | | SELL | 1/04 | J | A | |
| 178. TORONTO DOMINION BANK ONT. COMMON STOCK | A | Dividend | | | SELL | 1/04 | J | A | |
| 179. WASHINGTON MUTUAL COMMON STOCK | A | Dividend | | | SELL | 1/04 | J | C | |
| 180. ALLIANZ NFJ DIV. VALUE FUND | A | Dividend | J | T | BUY | 12/15 | J | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. LEGG MASON EMERGING MARKET TR MUT. FUND | | None | J | T | BUY | 12/15 | J | | |
| 182. LOOMIS SAYLES STRATEGIC INCOME FUND | A | Dividend | J | T | | | | | |
| 183. LOOMIS SAYLES STRATEGIC INCOME FUND | A | Dividend | J | T | BUY | 1/04 | J | | |
| 184. LOOMIS SAYLES STRATEGIC INCOME FUND | A | Dividend | J | T | BUY | 3/02 | J | | |
| 185. PIMCO ALL ASSET FUND | A | Dividend | J | T | PARTIAL SALE | 12/15 | K | A | |
| 186. TEMPLETON GLOBAL BOND FUND | A | Dividend | J | T | | | | | |
| 187. TEMPLETON GLOBAL BOND FUND | A | Dividend | J | T | BUY | 1/04 | J | | |
| 188. TEMPLETON GLOBAL BOND FUND | A | Dividend | J | T | BUY | 3/02 | J | | |
| 189. | | | | | | | | | |
| 190. CT ST SPL TAX OBLIG BOND | A | Interest | J | T | BUY | 3/09 | J | | |
| 191. TORRINGTON CT MUNI BOND | A | Interest | J | T | | | | | |
| 192. CT ST G/O REF SER B BOND | A | Interest | J | T | BUY | 1/05 | J | | |
| 193. COLCHESTER CT MUNI BOND | A | Interest | J | T | | | | | |
| 194. CORNWALL CT MUNI BOND | A | Interest | J | T | | | | | |
| 195. CITIGROUP BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEVAS, ALAN H | 05/31/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  6/4/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544